Joshua L. COWENS, Appellant–
Defendant,

v.

STATE of Indiana, Appellee.

No. 01A02–0312–CR–1048.

Court of Appeals of Indiana.

Oct. 6, 2004.

Publication Ordered Oct. 25, 2004.

Kimberly A. Jackson, Indianapolis, IN,
Attorney for Appellant.

Steve Carter, Attorney General of
Indiana, Ryan D. Johanningsmeier, Depu-
ty Attorney General, Indianapolis, IN, At-
torneys for Appellee.

## OPINION ON PETITION
## FOR REHEARING

SULLIVAN, Judge.

Joshua Cowens has filed a petition for
rehearing alleging violation of the holding
in *Blakely v. Washington,* —— U.S. ——,
124 S.Ct. 2531, 159 L.Ed.2d 403 (2004).
Concluding that *Blakely* is not implicated
in the situation where a trial court orders
consecutive sentences based upon its dis-
cretion as granted by Indiana Code § 35–
50–1–2(c) (Burns Code Ed. Supp.2003), we
decline to extend the holding of *Blakely* to
consecutive sentences.

Judgment affirmed.

MAY, J., and VAIDIK, J., concur.

### *ORDER*

This Court having heretofore handed
down its Memorandum Decision on the
Appellant's Petition for Rehearing marked
Not for Publication;

The Appellee, by counsel, has filed here-
in a Verified Motion for Publication of
Memorandum Decision, alleging therein
that this decision clarifies the effect that
*Blakely* has on judicial discretion for sen-
tencing and that there are no published
decisions in Indiana that have applied
*Blakely* in this manner.

The Court having examined said Motion
for Publication now finds that the same
should be granted.

IT IS THEREFORE ORDERED that
the Appellee's Verified Motion for Publica-
tion of Memorandum Decision addressed
to this Court's decision on rehearing, here-
tofore handed down in this cause on Octo-

ber 6, 2004, is now ORDERED PUB-
LISHED.